THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PLATON STASIUK, Appellant.

Argued October 2, 1944; decided November 16, 1944.

*Stephen J. Jarema* and *John A. Miller* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Henry J. Shields* and *James Hall Prothero* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.